IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRINCE D. KEY,

    Plaintiff,

v.

MEREDITH MASHAK,
KEISHA PERRENOUD, DR. SALAM SYED, DR. ELLEN O'BRIAN,
MICHAEL DITTMAN, KERI LLOYD
and JOHN/JANE DOES – A and B,

    Defendants.

ORDER

Case No. 17-cv-395-jdp

    Plaintiff Prince D. Key a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, filed this case originally in the Circuit Court for Dane County, Wisconsin. On May 26, 2017, defendants removed the action to this court and paid the $400 filing fee. However, because plaintiff is a prisoner, plaintiff is subject to the 1996 Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Prince D. Key's complaint is taken under advisement for screening pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when a screening decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should be sure to write the case number shown above on any communication.

    Entered this 30th day of May, 2017.

                      BY THE COURT:

                      /s/

                      PETER OPPENEER
                      Magistrate Judge