IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRINCE D. KEY,

    Plaintiff,

v.

                              Case No.  17-cv-395-jdp

MEREDITH MASHAK, KEISHA
PERRENOUD, SALAM SYED, ELLEN
O'BRIEN, MICHAEL DITTMAN, KERI
LLOYD, WILLIAM CONROY, TRISHA
ANDERSON, PAMELA SCHMIDT, and
DON MORGAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Prince D. Key's claims against Michael Dittman and Keri Lloyd; dismissing with prejudice all of plaintiff's Eighth Amendment claims and his state-law claims against defendants Meredith Mashak and Keisha Perrenoud; and remanding plaintiff's remaining state-law claims to Dane County Circuit Court.

| | |
|---|---|
| /s/ | 6/19/20 |
| Peter Oppeneer, Clerk of Court | Date |